UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                           )
                                                 )
WILLIAMSON, DAMON LEONARD         )          Case Number: 26-80017; Durham
BRYANT-WILLIAMSON, WENDY ELAINE   )
246 LOOP ROAD                             )
RAEFORD, NC  28376                        )
                                                 )
        xxx-xx-1881                        )
        xxx-xx-2260                        )
                                                 )
              Debtor(s)                    )

**AFFIDAVIT REGARDING SERVICE OF AMENDED NOTICE AND PLAN**

I, Cathy R. Stroupe, certify that service of the amended Notice of Proposed Plan was made on January 23, 2026  by:

by Mail Service: Regular, First Class United States Mail, postage fully pre-paid, addressed to:

**Kay Jewelers**
**Attn:  Officer**
**375 Ghent Rd.**
**Akron, OH  44333**

Under penalty of perjury, I declare that the foregoing is true and correct.

This the 23rd of January, 2026.              Signed:  ___/s/ Cathy R. Stroupe_____
                                                          Cathy R. Stroupe