Affirm, Inc.
633 Folsom Street, 7th Floor
San Francisco, CA 94107

Apple Card by Goldman Sachs
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170

Aspire Card
PO Box 105555
Atlanta, GA 30348

Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Best Egg Personal Loans
PO Box 42912
Philadelphia, PA 19101

Bragg Mutual Federal Credit Union
2917 Village Drive
Fayetteville, NC 28304

Capital One Bank NA
PO Box 30285
Salt Lake City, UT 84130

Capital One, N.A.
c/o Beckey and Lee LLP
PO Box 3001
Malvern, PA 19355

Citi Card
PO Box 6500
Sioux Falls, SD 57117

Citi Card/CBNA
5800 South Corporate Place
Sioux Falls, SD 57108

Comenity Bank/Kay Jewelers
PO Box 182789
Columbus, OH 43218-2789

Concora Credit
PO Box 23030
Columbus, GA 31902-3030

Credit Bureau of Greensboro
PO Box 26140
Greensboro, NC 27402

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Hoke County Tax Department
PO Box 217
Raeford, NC 28376

IC Systems Collections
PO Box 64378
Saint Paul, MN 55164

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kay Jewelers
PO Box 3680
Akron, OH 44309

Mariner Finance Corporation
Attn: Officer/Managing Agent
112 Inlet Point Drive
Wilmington, NC 28409

Mariner Finance North Carolina, Inc.
8211 Town Center Drive
Nottingham, MD 21236

Mariner Finance North Carolina, Inc.
by and through Its Registered Agent
Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608


Mercury/FB&T
1415 Warm Springs Road
Columbus, GA 31904


N.C. Department of Justice
Office of the Attorney General
PO Box 629
Raleigh, NC 27602-0629


National Finance
714 Harris Avenue
Raeford, NC 28376


National Finance Company, Inc.
Bankruptcy Section
151 Pinnacle Place
Little River, SC 29566


NC Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001


NC Department of Revenue
Attn: Reginald S. Hinton, Process Agent
PO Box 25000
Raleigh, NC 27640


NC Division of Employment Security
PO Box 25903
Raleigh, NC 27611-5903


Regional Finance
115 Westwood Shopping Center
Fayetteville, NC 28314

Regional Finance Corp. of NC
Attn: Peter Knitzer, President
979 Batesville Road, Suite B
Greer, SC 29651

Regional Finance Corporation of NC
by and through its Registered Agent
CT Corporation System
160 Lake Mine Ct, Ste 200
Raleigh, NC 27615-6417

Republic Finance LLC
3039 Boone Trail Ext
STE 104
Fayetteville, NC 28304

Republic Finance, LLC
C/O Bleecker Brodey & Andrews
9247 N. Meridian St.; STE 101
Indianapolis, IN 46260

Rocket Mortgage
1050 Woodward Avenue
Detroit, MI 48226

Social Security Administration
Office of the General Counsel, Region IV
61 Forsyth Street SW, Suite 20T45
Atlanta, GA 30303

Social Security Administration
PO Box 3430
Philadelphia, PA 19122-9985

Social Security Administration
6401 Security Boulevard
1100 West High Rise
Baltimore, MD 21235

State Employees Credit Union
by and through its Registered Agent
Cathleen M Plaut
PO Box 27665
Raleigh, NC 27611

Sterling Jewelers
Attn:  Officer
375 Ghent Road
Akron, OH 44333


SYNCB/Amazon
P.O. Box 71750
Philadelphia, PA 19176


SYNCB/Lowe's
PO Box 965024
Orlando, FL 32896


TBOM - Milestone
216 W 2nds Street
Dixon, MO 65459


TBOM/Aspire MC
5 Concourse Parkway
Atlanta, GA 30328


Triangle Equipment Financial, LLC
41 Watchung Plaza
Suite 360
Montclair, NJ 07042


Truist Bank
Bankruptcy Section
PO Box 1847
Wilson, NC 27894


Truist Bank
Attn: Officer
214 N. Tryon St.
Charlotte, NC 28202


Upgrade, Inc
275 Battery Street
Suite 2300
San Francisco, CA 94111

US Attorney- Middle District of NC
Attn: Civil Process Clerk
101 S. Edgeworth Street 4th Floor
Greensboro, NC 27401